IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LAWRENCE W. NOASCONO, Inmate )
#08254-025 )
)
      Petitioner, )
)   No. 11-cv-223-DRH
vs. )
)
J. PARENT, )
)
      Respondent.

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

On April 21, 2011 Petitioner was ordered to pay the $5.00 filing fee in this case not later than May 23, 2011 (Doc. 6). This date has since passed, and Petitioner has not tendered the filing fee in full to this Court. As a result, IT IS HEREBY ORDERED AND ADJUDGED that this action is DISMISSED without prejudice for failure to comply with an order of this Court. FED. R. CIV. P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994). The Clerk is DIRECTED to close this case.

      **IT IS SO ORDERED.**

Signed this 1st day of June, 2011.

                                         Digitally signed by David R. Herndon
                                         Date: 2011.06.01 13:37:17 -05'00'

                                       **Chief Judge**
                                       **United States District Court**